UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21- 20086-Civ-COOKE/DAMIAN

NEWTON GOMEZ,

    Plaintiff,

vs.

TEAM AMERICA MIAMI, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE is before me *sua sponte*. Plaintiff instituted this action on January 7, 2021. A review of the record reveals that, as of today, the Plaintiff has not served the Defendant with the Summons and the Complaint. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). A plaintiff is responsible for serving the defendant with a summons and the complaint within 90 days of filing the complaint. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

On March 29, 2021, Plaintiff requested additional time to serve the Defendant. *See* ECF No. 5. That request was granted in part, and Plaintiff was given until April 21, 2021 to complete service. *See* ECF No. 6. In that Order, the Court warned Plaintiff that failure to serve by April 21, 2021 would result in dismissal of the action. On April 16, 2021, Plaintiff requested another extension of time to serve, which the Court also granted. *See* ECF No. 10. Pursuant to that Order, Plaintiff was to complete service by July 21, 2021. That Order also reminded Plaintiff that the action would be dismissed if service was not completed by that date. On July 21, 2021, the deadline by which Plaintiff was supposed to complete service, Plaintiff requested leave to amend the complaint, which the Court granted. *See* ECF Nos. 11, 12. To be sure, however, the 90-day period provided by Rule 4(m) is not

restarted by the filing of an amended complaint except as to those defendants newly added in the amended complaint. *See Bolden v. City of Topeka, Kansas*, 441 F.3d 1129, 1148 (10th Cir. 2006). Plaintiff's amended complaint, filed on August 17, 2021, named no new defendant. As of this day, 405 days after the complaint was filed, and after two court extensions and warnings, Plaintiff has failed to effectuate service or file proof of service with the Court.

Accordingly, it is **ORDERED and ADJUDGED** that this case is **DISMISSED** *without prejudice* in accordance with Rule 4(m). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 16th day of February 2022.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*